# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 4, 2015

## NO. 03-13-00502-CV

**Roderick Lee Mitchell, M.D., Appellant**

**v.**

**Texas Medical Board, Appellee**

## APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on July 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.